No. 2017, Misc.  WALKER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 2021, Misc.  CLAYTON *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 2029, Misc.  JACKSON *v.* IOWA.  Sup. Ct. Iowa. Certiorari denied.

No. 2030, Misc.  ADAMS *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 2040, Misc.  McGETTRICK *v.* UNITED STATES. C. A. 2d Cir.  Certiorari denied.

No. 2041, Misc.  HOLLOM *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 2042, Misc.  O'FIELDS *v.* RADER, INSTITUTIONS DIRECTOR, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 2043, Misc.  LORENZANA *v.* DELGADO, WARDEN. Sup. Ct. P. R.  Certiorari denied.

No. 2049, Misc.  WANSLEY *v.* VIRGINIA.  Sup. Ct. App. Va.  Certiorari denied.

No. 2066, Misc.  TAYLOR *v.* SUPERIOR COURT, COUNTY OF RIVERSIDE.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 2072, Misc.  WILLIAMS *v.* FOLLETTE, WARDEN. C. A. 2d Cir.  Certiorari denied.

No. 2079, Misc.  SHARPE *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.